FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 APR 19 PM 1:21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CORNELIUS L. PENDER, SR.,

    Plaintiff,

v.

WARE COUNTY JAIL MEDICAL STAFF; WARE COUNTY JAIL; Detention Officer BIDDLE, and Detention Officer DANIELS; MEDICAL SERVICES ASSISTANCE,

    Defendants.

CIVIL ACTION NO.: CV506-086

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Ware County Jail are **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff's claim that he was denied full visitation time is also **DISMISSED**.

SO ORDERED, this 18th day of APRIL, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA